Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff Calvin Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALVIN JOHNSON<br><br>Plaintiff,<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-02352-DJA<br><br>STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(FIRST REQUEST) |

TO THE COURT:

Plaintiff Calvin Johnson and Defendant Frank Bisignano, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time by 15 days from October 28, 2026 to November 12, 2026, for Plaintiff to file his opening brief, with all other dates extended accordingly.

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel have been involved in the presentation of an amicus brief to the Ninth Circuit which has rippled through the caseload.

The parties request that the briefing schedule be modified as follows: Plaintiff will file his opening brief by November 12, 2026. Defendant will file his answering brief by December 14, 2026. Plaintiff may file any optional reply within 14 days of the service of the Commissioner's answering brief. The parties make this request in good faith with no intention to unduly delay the proceedings

DATE: October 23, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: ______________________

Marc V. Kalagian
Attorney for plaintiff Mr. Calvin Johnson

DATE: October 23, 2026 TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ______________________

Christopher Vieira
Special Assistant United States Attorney
Attorneys for defendant Frank Bisignano,
Commissioner of Social Security
|*authorized by e-mail|

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 8) is GRANTED.

______________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: October 26, 2026

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.